George J. Cooke Company, appellee, v. Fred Miller Brewing Company, appellant. Gen. No. 28,238.

Action to recover on contract for supply of beer barrels. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Marcus Kavanagh, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Affirmed. Opinion filed February 27, 1924. Rehearing denied March 6, 1924.

Winston, Strawn & Shaw, for appellant; Edward W. Everett and George T. Evans, of counsel. Brown, Brown & Brown, for appellee.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

Miles F. Liska, guardian of the estate of John Liska, a minor, appellee, v. Chicago Railways Company et al., appellants. Gen. No. 28,062.

Personal injury suit on behalf of child struck by street car. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Oscar Hebel, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Affirmed. Opinion filed February 27, 1924.

Charles LeRoy Brown, for appellants; John R. Guilliams, Frank L. Kriete and Franklin B. Hussey, of counsel. Finn & Miller, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

Edward M. Miller, guardian of the estate of Frances Tabor, a minor, appellee, v. Pilsen Products Company, formerly Pilsen Brewing Company, appellant. Gen. No. 28,213.

Suit for damages for personal injuries sustained by minor child, run over by automobile truck. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Affirmed. Opinion filed February 27, 1924.

Reeve, Vinissky & Trainor, for appellant. Finn & Miller, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

---

J. Calvin Mecartney, appellee, v. Henry W. Kern, appellant. Gen. No. 28,071.

Bill for accounting, and for one-half interest in profits on purchase and sale of real estate. Decree for complainant. Appeal from the Superior Court of Cook county; the Hon. Charles M. Foell, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Affirmed. Opinion filed February 27, 1924.

George W. Brown, for appellant. Oliver & Mecartney, for appellee.

Mr. Justice Thomson delivered the opinion of the court.